# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| EMMETT TAYLOR, III, | § | No. 660, 2015 |
| Defendant Below, Appellant, | § § § | |
| v. | § § | Court Below - Superior Court of the State of Delaware |
| STATE OF DELAWARE, | § § | ID. No. 0708020057 |
| Plaintiff Below, Appellee. | § § § | |

Submitted: June 8, 2016
Decided: June 28, 2016

Before **HOLLAND, VALIHURA, VAUGHN, SEITZ,** Justices; and **BOUCHARD,** Chancellor, constituting the Court *en Banc*.

## ORDER

This 28th day of June, 2016, the Court having considered this matter after oral argument and on the briefs filed by the parties has determined that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its order dated November 23, 2105.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

_____
Justice